LEMUEL L. WILLIAMS, as Executor of MARIE L. WILLIAMS, Deceased, Respondent, *v.* MARIE E. SEMPELL BOUL, Appellant.

*Williams* v. *Boul*, 101 App. Div. 593, affirmed.
(Argued March 26, 1906; decided April 17, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 7, 1905, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Frederic R. Coudert* and *Paul Fuller, Jr.,* for appellant.

*Wilford H. Smith* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK and CHASE, JJ. Dissenting: EDWARD T. BARTLETT, J. Absent: O'BRIEN, J.

---

JOHN S. FULLER, as Trustee in Bankruptcy of CHARLES E. CALLENDER, Respondent, *v.* EDWIN C. JAMESON et al., Appellants.

*Fuller* v. *Jameson*, 98 App. Div. 53, affirmed.
(Argued March 26, 1906; decided April 17, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 25, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Frederic R. Coudert, John P. Murray* and *Paul Fuller, Jr.,* for appellants.

*S. F. Randall* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER and CHASE, JJ. Absent: O'BRIEN, J. Not sitting: HISCOCK, J.